## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JUAN MATOS VELEZ**,

    *Plaintiff,*

    v.

**GREG WALCZAK, et al.,**

    *Defendants.*

**Case No.  2:19-cv-02915-JDW**

## ORDER

AND NOW, this 15th day of July, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

    1.    Upon consideration of the Motion for Leave to Withdraw as Counsel for Plaintiff Juan Matos Valez [sic] (ECF No. 14), the Motion is **DENIED**; and

    2.    Upon consideration of Defendants' Motion for Sanctions and Summary Judgment (ECF No. 15), the Motion is **GRANTED IN PART** and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall mark this case closed for administrative purposes.

        **BY THE COURT:**

        */s/ Joshua D. Wolson*
        JOSHUA D. WOLSON, J.